Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov — For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov — For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov — For Riverside criminal duty.



FILED
CLERK, U.S. DISTRICT COURT
08/29/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, PLAINTIFF
v.
GRIFFIN MICHAEL Skyler Taylor
USMS# 07946-063
DEFENDANT

CASE NUMBER: 5:22-mj-00544  CR-16-00047-RAW

**REPORT COMMENCING CRIMINAL ACTION**

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 08/26/2022 at 0830 ☒ AM ☐ PM
   or
   The defendant was arrested in the _____ District of _____ on _____ at _____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☐ Yes ☒ No

4. Charges under which defendant has been booked:
   18 USC 3583 (e)(3)

5. Offense charged is a: ☒ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor

6. Interpreter Required: ☐ No ☐ Yes  Language: _____

7. Year of Birth: 1985

8. Defendant has retained counsel: ☐ No
   ☐ Yes  Name: _____  Phone Number: _____

9. Name of Pretrial Services Officer notified: Duty Officer notified

10. Remarks (if any): _____

11. Name: D. Gibson (please print)

12. Office Phone Number: 951-276-6120

13. Agency: USMS

14. Signature: *David J Gibson*

15. Date: 08/26/2022

CR-64 (09/20)          REPORT COMMENCING CRIMINAL ACTION