```
                                        FILED
                              CLERK, U.S. DISTRICT COURT

                                08/29/2022

                              CENTRAL DISTRICT OF CALIFORNIA
                              BY:      DC      DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>Griffin Michael Skyler Taylor<br><br>　　　　　　　　Defendant. | Case No.: 5:22-MJ-00544<br><br>ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS<br>(FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___Eastern___ District of ___Oklahoma___ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (×) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

　　　　(×)　information in the Pretrial Services Report and Recommendation

　　　　(×)　information in the violation petition and report(s)

　　　　(×)　the defendant's nonobjection to detention at this time

　　　　( )　other: _____

1    and/ or

2    B. (×)    The defendant has not met his/her burden of establishing by clear and

3    convincing evidence that he/she is not likely to pose a danger to the safety

4    of any other person or the community if released under 18 U.S.C.

5    § 3142(b) or (c).  This finding is based on the following:

6    (×)    information in the Pretrial Services Report and Recommendation

7    (×)    information in the violation petition and report(s)

8    (×)    the defendant's nonobjection to detention at this time

9    ( )    other: _____

11    IT THEREFORE IS ORDERED that the defendant be detained pending the further

12    revocation proceedings.

14    Dated:  08/29/2022

SHASHI H. KEWALRAMANI
UNITED STATES MAGISTRATE JUDGE